

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

The Appellant's Unopposed Motion to Reschedule Oral Argument is GRANTED. The above cause has been set for formal submission and oral argument before the Court on September 24, 2014, at 9:00AM.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

It is so ORDERED on this 12th day of August, 2014.

**PER CURIAM**

ATTESTED TO: _____
            Keith E. Hottle
            Clerk of Court

